**E-filed 8/31/06**

William D. Locher, Esq., CSB # 090548
Michael I. Wayne, Esq., CSB # 169840
Gary E. Scalabrini, Esq., CSB # 161902
**GIBBS, GIDEN, LOCHER & TURNER LLP**
**2029 Century Park East, 34th Floor**
**Los Angeles, California 90067-3039**
**(310) 552-3400**
**Fax (310) 552-0805**

Attorneys for Third-Party Defendant
SQUARE D COMPANY, a Delaware
corporation

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, for the use and benefit of SUMMERS GROUP, INC. a Delaware corporation doing business as REXEL PACIFIC,<br><br>  Use-Plaintiff,<br><br>v.<br><br>MID VALLEY ELECTRIC & COMMUNICATIONS, INC., a corporation dba CLYDE G. STEAGALL, INC.; FIREMAN'S FUND INSURANCE COMPANY, a California corporation,<br><br>  Defendants. | Case No.: C04 05458 JF/HRL<br><br>STIPULATION TO MODIFY SCHEDULING ORDER TO CONTINUE PRE-TRIAL CONFERENCE FROM SEPTEMBER 1, 2006 TO SEPTEMBER 22, 2006; [~~PROPOSED~~] ORDER THEREON<br><br>TRIAL DATE:    OCTOBER 2, 2006 |
| AND RELATED COUNTERCLAIM | |
| SUMMERS GROUP, INC. a Delaware corporation doing business as REXEL PACIFIC,<br><br>  Third-Party Plaintiff,<br><br>v.<br><br>SQUARE D COMPANY, a corporation,<br><br>  Third-Party Defendant. | |

1

289970.1

*STIPULATION TO MODIFY SCHEDULING ORDER*

1   In accordance with Rule 6-2 of the Local Rules of the United States District Court for the Northern District of California and this Court's initial Order following filing of Complaint dated December 29, 2004, THE PARTIES, BY AND THROUGH COUNSEL OF RECORD, HEREBY STIPULATE TO THE FOLLOWING:

Pursuant to this Court's Order of September 9, 2005, the Pre-Trial Conference was scheduled for September 1, 2006. No previous continuances have been requested or granted.

At present, Third-Party Defendant SQUARE D COMPANY, a Delaware corporation ("SQUARE D" or "Third Party Defendant") and Defendant and Counter-Claimant, MID VALLEY ELECTRIC & COMMUNICATIONS, INC., a corporation dba CLYDE G. STEAGALL, INC. ("STEAGALL") have filed a joint *ex parte* Motion to modify the Scheduling Order to continue the Trial date as well as all cut off and other hearing dates. As Judge Jeremy Fogel is not scheduled to return from vacation until August 31, 2006 and may not have an opportunity to review the Motion prior to the date which this matter is set for a Pre-Trial Conference (September 1, 2006), the Parties hereto hereby stipulation and agree that the Pre-Trial Conference be continued for a period of three weeks to September 22, 2006 at 11:00 a.m. If the requested continuance is granted, the Court will have the opportunity to review and rule on the Motion and the parties may avoid the cost of appearing in Court and preparing the pleadings required to be filed at the Pre-Trial Conference in the event that it becomes unnecessary.

DATED: August 25, 2006         GIBBS, GIDEN, LOCHER & TURNER LLP
                               William D. Locher, Esq.
                               Michael I. Wayne, Esq.

                               By: /s/ Michael I. Wayne
                               Michael I. Wayne, Esq.
                               Attorneys for Third-Party Defendant,
                               SQUARE D COMPANY, a Delaware corporation

| | |
|---|---|
| DATED: August 25, 2006 | WALSH & WALSH, P.C. |
| | By: /s/ Mark Walsh |
| | Mark Walsh, Esq. |
| | Attorneys for Use-Plaintiff and Third-Party Plaintiff |
| | SUMMERS GROUP, INC. dba REXEL PACIFIC |

DATED: August 25, 2006    THURBON & MCHANEY, LP

By: _____
Erin Holbrook, Esq.
Attorneys for Defendants
MID VALLEY ELECTRIC & COMMUNICATIONS, INC. dba CLYDE G. STEAGALL, INC. and
FIREMAN'S FUND INSURANCE COMPANY

## ORDER

THE COURT, finding good cause, ORDERS that the scheduling order be modified to provide that the Pre-Trial Conference shall be continued to 11:00 a.m. on September 22, 2006.

DATED: 8/31/06    _____
THE HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT COURT JUDGE

STIPULATION TO MODIFY SCHEDULING ORDER

GIBBS, GIDEN, LOCHER & TURNER LLP

| | | |
|---|---|---|
| 1 | DATED: August 25, 2006 | WALSH & ASSOCIATES |
| 2 | | |
| 3 | | By: _____<br>Mark Walsh, Esq. |
| 4 | | Attorneys for Use-Plaintiff and Third-Party Plaintiff<br>SUMMERS GROUP, INC. dba REXEL PACIFIC |

DATED: August 25, 2006         THURBON & MCHANEY, LP

By: *Erin Holbrook* (signature)
Erin Holbrook, Esq.
Attorneys for Defendants
MID VALLEY ELECTRIC & COMMUNICATIONS, INC. dba CLYDE G. STEAGALL, INC. and
FIREMAN'S FUND INSURANCE COMPANY

## ORDER

THE COURT, finding good cause, ORDERS that the scheduling order be modified to provide that the Pre-Trial Conference shall be continued to 11:00 a.m. on September 22, 2006.

DATED: _____     _____
                          THE HONORABLE JEREMY FOGEL
                          UNITED STATES DISTRICT COURT JUDGE

GIBBS, GIDEN, LOCHER & TURNER LLP

289970.1

3

*STIPULATION TO MODIFY SCHEDULING ORDER*