William D. Locher, Esq., CSB # 090548
Michael I. Wayne, Esq., CSB # 169840
Gary E. Scalabrini, Esq., CSB # 161902
**GIBBS, GIDEN, LOCHER & TURNER LLP**
**2029 Century Park East, 34th Floor**
**Los Angeles, California 90067-3039**
**(310) 552-3400**
**Fax (310) 552-0805**

Attorneys for Third-Party Defendant
SQUARE D COMPANY, a Delaware corporation

Robert E. Thurbon, Esq., CSB #133617
Erin E. Holbrook, Esq., CSB #210081
THURBON & MCHANEY, LP
2356 Gold Meadow Way, Suite 160
Gold River, California 95670
(916) 636-1840

Attorneys for Defendant and Counter-Claimant MID VALLEY ELECTRIC & COMMUNICATIONS, INC., a corporation dba CLYDE G. STEAGALL, INC.;

**\*\*E-filed 9/21/06\*\***

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, for the use and benefit of SUMMERS GROUP, INC. a Delaware corporation doing business as REXEL PACIFIC,<br><br>Use-Plaintiff,<br><br>v.<br><br>MID VALLEY ELECTRIC & COMMUNICATIONS, INC., a corporation dba CLYDE G. STEAGALL, INC.; FIREMAN'S FUND INSURANCE COMPANY, a California corporation,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM | Case No.: C04 05458 JF/HRL<br><br>[~~PROPOSED~~] ORDER TO MODIFY SCHEDULING ORDER TO CONTINUE TRIAL DATE AND EXTEND ALL CUT OFF DATES RELATING TO TRIAL AND FINAL PRE-TRIAL CONFERENCE,<br><br>TRIAL DATE:    OCTOBER 2, 2006 |

1

289738.1

[PROPOSED] ORDER

SUMMERS GROUP, INC. a Delaware corporation doing business as REXEL PACIFIC,

   Third-Party Plaintiff,

 v.

SQUARE D COMPANY, a corporation,

   Third-Party Defendant.

## ORDER

THE COURT, finding good cause, ORDERS that the scheduling order be modified to provide as follows:

 (a) the trial shall be continued to __1:30__ ~~a.m.~~ PM on _____July 16_____, 2007;

 (b) the Pre-Trial Conference shall be continued to __11:00__ a.m. on _____July 6_____, 2007;

 (c) depositions shall be concluded on or before __March 15__, 2007;

 (d) the law and motion cutoff shall be continued to __May 1__, 2007, at 1:30 p.m., and any motion, including any motion for summary judgment or partial summary judgment, is to be filed and served no later than __March 23__, 2007;

 (e) any motion for summary judgment or partial summary judgment is to be filed and served no later than thirty-five (35) days prior to the hearing date; and,

 (f) the expert discovery cutoff shall be continued to __April 1__, 2007; initial expert disclosures be no later than __February 1__, 2007, and supplemental disclosures be no later than __March 1__, 2007.

DATED: __9/21/06__      _/s/ Jeremy Fogel_

          THE HONORABLE JEREMY FOGEL
          U.S. DISTRICT JUDGE

GIBBS, GIDEN, LOCHER & TURNER LLP

2

289738.1

[PROPOSED] ORDER