\*\*E-filed 1/18/07\*\*

William D. Locher, Esq., CSB # 090548
Michael I. Wayne, Esq., CSB # 169840
Gary E. Scalabrini, Esq., CSB # 161902
**GIBBS, GIDEN, LOCHER & TURNER LLP**
2029 Century Park East, 34th Floor
Los Angeles, California 90067-3039
(310) 552-3400
Fax (310) 552-0805

Attorneys for Third-Party Defendant
SQUARE D COMPANY, a Delaware corporation

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, for the use and benefit of SUMMERS GROUP, INC. a Delaware corporation doing business as REXEL PACIFIC,<br><br>Use-Plaintiff,<br><br>v.<br><br>MID VALLEY ELECTRIC & COMMUNICATIONS, INC., a corporation dba CLYDE G. STEAGALL, INC.; FIREMAN'S FUND INSURANCE COMPANY, a California corporation,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM | Case No.: C04 05458 JF/HRL<br><br>STIPULATION FOR ORDER MODIFYING SCHEDULING ORDER TO CONTINUE CERTAIN DATES; DECLARATION OF MICHAEL I. WAYNE;[~~PROPOSED~~] ORDER<br><br>TRIAL DATE:   July 16, 2007 |
| SUMMERS GROUP, INC. a Delaware corporation doing business as REXEL PACIFIC,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>SQUARE D COMPANY, a corporation,<br><br>Third-Party Defendant. | |

1

*STIPULATION TO MODIFY SCHEDULING ORDER*

300993.1

Case 5:04-cv-05458-RMW   Document 36   Filed 01/18/07   Page 2 of 14

In accordance with Rule 6-2 of the Local Rules of the United States District Court for the Northern District of California and this Court's initial Order following filing of Complaint dated December 29, 2004, THE PARTIES, BY AND THROUGH COUNSEL OF RECORD, HEREBY STIPULATE TO THE FOLLOWING:

The expert discovery cut-off shall be continued to June 30, 2007 with initial expert disclosures to be made no later than April 16, 2007 and supplemental disclosures to be made no later than May 16, 2007.

DATED: January 17, 2007    GIBBS, GIDEN, LOCHER & TURNER LLP
William D. Locher, Esq.
Michael I. Wayne, Esq.

By: _____
Michael I. Wayne, Esq.
Attorneys for Third-Party Defendant,
SQUARE D COMPANY, a Delaware corporation

DATED: January 17, 2007    WALSH & ASSOCIATES

By: _____
Mark Walsh, Esq.
Attorneys for Use-Plaintiff and Third-Party Plaintiff
SUMMERS GROUP, INC. dba REXEL PACIFIC

DATED: January 17, 2007    THURBON & MCHANEY, LP

By: _____
Erin Holbrook, Esq.
Attorneys for Defendants
MID VALLEY ELECTRIC & COMMUNICATIONS, INC. dba CLYDE G. STEAGALL, INC. and
FIREMAN'S FUND INSURANCE COMPANY

In accordance with Rule 6-2 of the Local Rules of the United States District Court for the Northern District of California and this Court's initial Order following filing of Complaint dated December 29, 2004, THE PARTIES, BY AND THROUGH COUNSEL OF RECORD, HEREBY STIPULATE TO THE FOLLOWING:

The expert discovery cut-off shall be continued to June 30, 2007 with initial expert disclosures to be made no later than April 16, 2007 and supplemental disclosures to be made no later than May 16, 2007.

DATED: January 16, 2007        GIBBS, GIDEN, LOCHER & TURNER LLP
                               William D. Locher, Esq.
                               Michael I. Wayne, Esq.

                               By: _____
                               Michael I. Wayne, Esq.
                               Attorneys for Third-Party Defendant,
                               SQUARE D COMPANY, a Delaware corporation

DATED: January 16, 2007        WALSH & ASSOCIATES

                               By: _____
                               Mark Walsh, Esq.
                               Attorneys for Use-Plaintiff and Third-Party Plaintiff
                               SUMMERS GROUP, INC. dba REXEL PACIFIC

DATED: January 16, 2007        THURBON & MCHANEY, LP

                               By: /s/ Erin Holbrook
                               Erin Holbrook, Esq.
                               Attorneys for Defendants
                               MID VALLEY ELECTRIC & COMMUNICATIONS,
                               INC. dba CLYDE G. STEAGALL, INC. and
                               FIREMAN'S FUND INSURANCE COMPANY

1  In accordance with Rule 6-2 of the Local Rules of the United States District
2  Court for the Northern District of California and this Court's initial Order following
3  filing of Complaint dated December 29, 2004, THE PARTIES, BY AND THROUGH
4  COUNSEL OF RECORD, HEREBY STIPULATE TO THE FOLLOWING:

6  The expert discovery cut-off shall be continued to June 30, 2007 with initial
7  expert disclosures to be made no later than April 16, 2007 and supplemental
8  disclosures to be made no later than May 16, 2007.

10 DATED: January 16, 2007     GIBBS, GIDEN, LOCHER & TURNER LLP
                                William D. Locher, Esq.
11                              Michael I. Wayne, Esq.

13                              By: _____
                                Michael I. Wayne, Esq.
14                              Attorneys for Third-Party Defendant,
                                SQUARE D COMPANY, a Delaware corporation
15
16 DATED: January 16, 2007     WALSH & ASSOCIATES

17                              By: _____
                                Mark Walsh, Esq.
18                              Attorneys for Use-Plaintiff and Third-Party Plaintiff
19                              SUMMERS GROUP, INC. dba REXEL PACIFIC

20 DATED: January 16, 2007     THURBON & MCHANEY, LP
21

22                              By: _____
23                              Erin Holbrook, Esq.
                                Attorneys for Defendants
24                              MID VALLEY ELECTRIC & COMMUNICATIONS,
25                              INC. dba CLYDE G. STEAGALL, INC. and
                                FIREMAN'S FUND INSURANCE COMPANY
26

*GIBBS, GIDEN, LOCHER & TURNER LLP*

300993.1

2

*STIPULATION TO MODIFY SCHEDULING ORDER*

## ORDER

THE COURT, finding good cause, and PURSUANT TO STIPULATION ORDERS that the scheduling order be modified to provide that the expert discovery cut-off shall be continued to June 30, 2007 with initial expert disclosures to be made no later than April 16, 2007 and supplemental disclosures to be made no later than May 16, 2007.

DATED: 1/18/07

THE HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT COURT JUDGE

Case 5:04-cv-05458-RMW   Document 36   Filed 01/18/07   Page 11 of 14

# PROOF OF SERVICE
## USA FUB SUMMERS GROUP DBA REXEL PACIFIC V. MID VALLEY ELECTRIC
## Case No. C04 05458 JF/HRL

I, Tina Halvorson, declare:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Gibbs, Giden, Locher & Turner LLP, One Century Plaza, 34th Floor, 2029 Century Park East, Los Angeles, California 90067-3039. On January 17, 2007, I served the document(s) described as **STIPULATION FOR ORDER MODIFYING SCHEDULING ORDER TO CONTINUE TRIAL DATES; DECLARATION OF MICHAEL I. WAYNE IN SUPPORT THEREOF; [PROPOSED] ORDER** on the interested parties in this action as follows:

☒ By placing ☐ the original ☒ a true copy thereof enclosed in a sealed envelope addressed as follows:

SEE ATTACHED SERVICE LIST

☒ BY MAIL: I am "readily familiar" with this firm's practice for the collection and the processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, the correspondence would be deposited with the United States Postal Service at 2029 Century Park East, Los Angeles, California 90067-3039 with postage thereon fully prepaid the same day on which the correspondence was placed for collection and mailing at the firm. Following ordinary business practices, I placed for collection and mailing with the United States Postal Service such envelope at Gibbs, Giden, Locher & Turner, One Century Plaza, 34th Floor, 2029 Century Park East, Los Angeles, California 90067-3039.

☐ OVERNIGHT DELIVERY: I deposited such envelope in a facility regularly maintained by ☐ FEDERAL EXPRESS   ☐ UPS   ☐ Overnight Delivery [specify name of service:      ] with delivery fees fully provided for or delivered the envelope to a courier or driver of ☐ FEDERAL EXPRESS ☐ UPS ☐ OVERNIGHT DELIVERY [specify name of service:      ] authorized to receive documents at Gibbs, Giden, Locher & Turner, One Century Plaza, 34th Floor, 2029 Century Park East, Los Angeles, California 90067-3039 with delivery fees fully provided for.

☐ BY FACSIMILE: I sent via facsimile a copy of said document(s) to the following addressee(s) at the following number(s) in accordance with the written confirmation of counsel in this action.

☒ [Federal]   I declare that I am employed in the offices of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on January 17, 2007, at Los Angeles, California.

Tina Halvorson

255720.1

Case 5:04-cv-05458-RMW   Document 36   Filed 01/18/07   Page 12 of 14

# SERVICE LIST

Michael J. Walsh, Esq.
Mark Walsh, Esq.
Walsh & Associates
420 Exchange, Suite 270
Irvine, CA 92602

Erin E. Holbrook, Esq.
Thurbon & McHaney, LP
2356 Gold Meadow Way, Suite 160
Gold River, CA 95670

255720.1