Michael I. Wayne, Esq. (CSB # 169840)
mwayne@gglt.com
Gary E. Scalabrini, Esq. (CSB # 161902)
gscalabrini@gglt.com
GIBBS, GIDEN, LOCHER, TURNER & SENET LLP
1880 Century Park East, 12th Floor
Los Angeles, California 90067-1621
(310) 552-3400
Fax (310) 552-0805

**E-Filed 7/2/2009**

Attorneys for Third-Party Defendant
SQUARE D COMPANY, a Delaware corporation

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, for the use and benefit of SUMMERS GROUP, INC. a Delaware corporation doing business as REXEL PACIFIC,<br><br>Use-Plaintiff,<br><br>v.<br><br>MID VALLEY ELECTRIC & COMMUNICATIONS, INC., a corporation dba CLYDE G. STEAGALL, INC.; FIREMAN'S FUND INSURANCE COMPANY, a California corporation,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM<br><br>SUMMERS GROUP, INC. a Delaware corporation doing business as REXEL PACIFIC,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>SQUARE D COMPANY, a corporation,<br><br>Third-Party Defendant. | Case No.: C04 05458 JF/HRL<br><br>ORDER APPROVING<br>**JOINT STATUS REPORT**<br>AND REQUEST FOR CONTINUANCE<br>[Assigned to Judge Jeremy Fogel]<br><br>DATE:   July 10, 2009<br>TIME:   10:30 A.M.<br>DEPT:   3 |

1

*JOINT STATUS REPORT*

811773_1

The parties, by and through their counsel, hereby submit this Joint Status Report to the Court in connection with the Status Conference which is set in the above-entitled matter on July 10, 2009 at 10:30 a.m.

On or about March 7, 2007, the Court issued an Order staying the above-entitled litigation based upon the fact that there is a separate litigation pending in the Court of Federal Claims between MID VALLEY ELECTRIC & COMMUNICATIONS, INC., a corporation dba CLYDE G. STEAGALL, INC. ("STEAGALL") and the NATIONAL AERONAUTICS AND SPACE ADMINISTRATION ("NASA"), the owner of the construction project which forms the basis for the above-entitled litigation.

The litigation between STEAGALL and NASA shall be hereinafter referred to as the "NASA Litigation". A tentative settlement has been reached in the NASA Litigation, however, NASA is still in the process of preparing its settlement memo and the terms of the settlement have not yet been approved. While the agreement is not yet formalized, STEAGALL does not believe that the settlement reached in the NASA Litigation will resolve all of the claims and disputes presented in the instant litigation. In light of the fact that the NASA Litigation settlement is not yet completed, the parties to the instant matter believe that it would be appropriate to put this matter over another 30 days and conduct a Status Conference sometime after August 10, 2009.

DATED: 6-30-09

GIBBS, GIDEN, LOCHER, TURNER & SENET LLP

By: _____
Michael I. Wayne
Attorneys for Third-Party Defendant
SQUARE D COMPANY, a Delaware corporation

DATED:

THURBON & MCHANEY, LP

By: _____
Erin Holbrook, Esq.
Attorneys for Defendants
MID VALLEY ELECTRIC & COMMUNICATIONS, INC., a corporation dba CLYDE G. STEAGALL, INC.

DATED:

WALSH & WALSH, P.C.

By: _____
Michael J. Walsh, Esq.
Attorneys for Use-Plaintiff
THE UNITED STATES OF AMERICA, for the use and benefit of SUMMERS GROUP, INC. a Delaware corporation doing business as REXEL PACIFIC

DATED: 6/30/09

THURBON & MCHANEY, LP

By: *[signature]*
Erin Holbrook, Esq.
Attorneys for Defendants
MID VALLEY ELECTRIC & COMMUNICATIONS, INC., a corporation dba CLYDE G. STEAGALL, INC.

DATED:

WALSH & WALSH, P.C.

By: _____
Michael J. Walsh, Esq.
Attorneys for Use-Plaintiff
THE UNITED STATES OF AMERICA, for the use and benefit of SUMMERS GROUP, INC. a Delaware corporation doing business as REXEL PACIFIC

IT IS SO ORDERED. The Status Conference set for July 10, 2009 is hereby CONTINUED to August 14, 2009 at 10:30 a.m.

Dated: 7/1/2009

_____
JEREMY FOGEL
United States District Judge

3