1   ROBERT E. THURBON, SBN 133617
2   LINDSAY K. MOORE, SBN 244422
    THURBON & MCHANEY, LP
3   2339 Gold Meadow Way, Suite 210
    Gold River, California 95670
4   Telephone: (916) 636-1840
    Facsimile: (916) 638-7530
5

6   Attorneys for Defendant
    CLYDE G. STEAGALL, INC. and FIREMAN'S FUND
7   INSURANCE COMPANY

8

9            **UNITED STATES DISTRICT COURT**
      **NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**
10

11   THE UNITED STATES OF AMERICA, for the    **Case No.: C04-05458-JF/HRL**
    use and benefit of SUMMERS GROUP, INC., a
12   Delaware corporation doing business as REXEL
    PACIFIC,
13

14        Use-Plaintiff,             STIPULATION AND [PROPOSED]
                               ORDER TO CONTINUE TRIAL
15   v.

16   MID VALLEY ELECTRIC &          Trial Date: August 1, 2011
    COMMUNICATIONS, INC., a corporation dba
17   CLYDE G. STEAGALL, INC.; FIREMAN'S
    FUND INSURANCE COMPANY, a California
18   corporation,
19

20        Defendants.

21   AND ALL RELATED CROSS-ACTIONS

22

23       THE UNITED STATES OF AMERICA, for the use and benefit of SUMMERS GROUP

24   INC., a Delaware Corporation, doing business as REXEL PACIFIC; SQUARE D. COMPANY,

25   a Delaware Corporation; MID VALLEY ELECTRIC & COMMUNICATIONS, INC., a

26   corporation doing business as CLYDE G. STEAGALL, INC.; and FIREMAN'S FUND

27   INSURANCE COMPANY through their respective counsel, hereby make the following

28   stipulation.

1

1   WHEREAS, the Court adopted the proposed case schedule on August 6, 2010 and

2   scheduled a bench trial for August 1, 2011 and a pretrial conference for July 15, 2011;

3   WHEREAS, the parties have been unable to complete depositions of percipient witnesses

4   and expert witnesses in accordance with the Joint Case Management Conference Statement

5   adopted by the Court;

6   WHEREAS, the parties agree that this Court should continue the pretrial conference and

7   trial date as currently scheduled for ninety (90) days.

8   NOW THEREFORE, Plaintiff REXEL PACIFIC and Defendants CLYDE D.

9   STEAGALL, FIREMAN'S INSURANCE COMPANY, and SQUARE D hereby stipulate as

10  follows:

11  The pretrial conference schedule for July 15, 2011 shall be continued for ninety (90) days

12  to October 14, 2011.

13  The trial date currently scheduled for August 1, 2011 shall be continued for ninety (90)

14  days to November 1, 2011. [October 31 handwritten above, "November 1" struck through]

15  IT IS SO STIPULATED.

16  [SIGNATURES ON FOLLOWING PAGE]

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO CONTINUE PRE TRIAL CONFERENCE AND TRIAL
Case No.: C04-05458-JF/HRL

1  Dated: *May 12, 2011*                         **THURBON & McHANEY, LP**

2

3                                                 By: _____

4                                                     ROBERT E. THURBON
                                                      LINDSAY K. MOORE
5                                                     Attorneys for Defendants
                                                      MID VALLEY ELECTRIC &
6                                                     COMMUNICATIONS, INC., a corporation
                                                      dba CLYDE G. STEAGALL, INC.;
7                                                     FIREMAN'S FUND INSURANCE

8

9  Dated: *April 25, 2011*                        **GIBBS, GIDEN, LOCHER, TURNER &
                                                   SENET, LLP**
10

11                                                By: _____

12                                                    MICHAEL WAYNE
                                                      Attorneys for Third-Party Defendant
13                                                    SQUARE D COMPANY, a Delaware
                                                      Corporation
14

15

16  Dated:                                        **WALSH & WALSH, PC**

17

18                                                By: _____

19                                                    MICHAEL WALSH
                                                      Attorneys for Use-Plaintiff
                                                      THE UNITED STATES OF AMERICA, for
20                                                    the use and benefit of SUMMERS GROUP,
                                                      INC., a Delaware Corporation doing
21                                                    Business as REXEL PACIFIC

22

23                                        **[PROPOSED] ORDER**

24

25               **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

26  DATED: _5/13/11_____                        BY: _____

27                                                  THE HONORABLE JEREMY FOGEL
                                                    UNITED STATES DISTRICT JUDGE FOR
28                                                  THE NORTHERN DISTRICT OF CALIFORNIA

                                              3

                  STIPULATION TO CONTINUE PRE TRIAL CONFERENCE AND TRIAL
                                                              Case No.: C04-05458-JF/HRL

1    Dated:                                    **THURBON & McHANEY, LP**

2

3                                             By:_____

4                                                  ROBERT E. THURBON
                                                   LINDSAY K. MOORE
5                                                  Attorneys for Defendants
                                                   MID VALLEY ELECTRIC &
6                                                  COMMUNICATIONS, INC., a corporation
                                                   dba CLYDE G. STEAGALL, INC.;
7                                                  FIREMAN'S FUND INSURANCE

8

9    Dated:                                    **GIBBS, GIDEN, LOCHER, TURNER &**
                                               **SENET, LLP**
10

11
                                              By: _____
12                                                 MICHAEL WAYNE
                                                   Attorneys for Third-Party Defendant
13                                                 SQUARE D COMPANY, a Delaware
                                                   Corporation
14

15

16   Dated:    *5/10/11*                       **WALSH & WALSH, PC**

17

18                                            By: _____
                                                   MICHAEL WALSH
19                                                 Attorneys for Use-Plaintiff
                                                   THE UNITED STATES OF AMERICA, for
20                                                 the use and benefit of SUMMERS GROUP,
                                                   INC., a Delaware Corporation doing
21                                                 Business as REXEL PACIFIC

22

23                                **[PROPOSED] ORDER**

24           **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

25

26   DATED: _____        BY: _____
27                                       THE HONORABLE JEREMY FOGEL
                                         UNITED STATES DISTRICT JUDGE FOR
28                                       THE NORTHERN DISTRICT OF CALIFORNIA

                                             3

_____
           STIPULATION TO CONTINUE PRE TRIAL CONFERENCE AND TRIAL
                                              Case No.: C04-05458-JF/HRL

The United States of America v. Mid Valley Electric & Communications, Inc., et al.
Case No.  C04-05458

### PROOF OF SERVICE

I, Jennifer Adame declare as follows:

I am over the age of 18 years and not a party to the within action.  My place of employment and business address is 2339 Gold Meadow Way, Suite 210, Gold River, CA 95670

On May 12, 2011, I served the following document(s):

### STIPULATION AND [PROPOSED] ORDER TO CONTINUE TRIAL

[X]   **by mail** on the following party(ies) in said action, in accordance with Code of Civil Procedure §1013(a), by placing a true copy thereof enclosed in a sealed envelope for mailing in the United States mail, postage prepaid, at Gold River, California.

[ ]   **by personally delivering** a true copy thereof, in accordance with Code of Civil Procedure §1011, to the person(s) and at the address(es) set forth below.

Michael Walsh                          Michael I. Wayne, Esq.
Walsh & Walsh                          Gibbs, Given, Locher & Turner, LLP
420 Exchange, Suite 270                1880 Century Park East, 12th Floor
Irvine, CA  92602                      Los Angeles, CA 90067-3039
Facsimile (714) 544-6621               Facsimile (310) 552-0805

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this document was executed on Mat 12, 2011.

Jennifer Adame