Michael I. Wayne, Esq. (CSB # 169840)
mwayne@gglt.com
Gary E. Scalabrini, Esq. (CSB # 161902)
gscalabrini@gglt.com
GIBBS, GIDEN, LOCHER, TURNER & SENET LLP
1880 Century Park East, 12th Floor
Los Angeles, California 90067-1621
(310) 552-3400
Fax (310) 552-0805

Attorneys for Third-Party Defendant
SQUARE D COMPANY, a Delaware corporation

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, for the use and benefit of SUMMERS GROUP, INC. a Delaware corporation doing business as REXEL PACIFIC,<br><br>Use-Plaintiff,<br><br>v.<br><br>MID VALLEY ELECTRIC & COMMUNICATIONS, INC., a corporation dba CLYDE G. STEAGALL, INC.; FIREMAN'S FUND INSURANCE COMPANY, a California corporation,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM<br><br>SUMMERS GROUP, INC. a Delaware corporation doing business as REXEL PACIFIC,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>SQUARE D COMPANY, a corporation,<br><br>Third-Party Defendant. | Case No.: C04 05458 RMW/HRL<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE ACTION AND [] ORDER THEREON**<br><br>[F.R.C.P. 41]<br><br>[Assigned to Judge Ronald M. Whyte] |

1

*STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE*

1112119_1

TO THE CLERK OF THE COURT:

IT IS HEREBY STIPULATED, by and between Use-Plaintiff, Counter-Defendant and Third Party Plaintiff, SUMMERS GROUP, INC. a Delaware corporation doing business as REXEL PACIFIC ("REXEL"), Defendant and Counterclaimant, MID VALLEY ELECTRIC & COMMUNICATIONS, INC., a corporation dba CLYDE G. STEAGALL, INC. ("STEAGALL"), Defendant, FIREMAN'S FUND INSURANCE COMPANY, a California corporation ("FIREMAN'S"), and Third Party Defendant SQUARE D COMPANY, a corporation ("SQUARE D"), the parties to the above-entitled action, by and through their respective counsel of record, pursuant to Federal Rules of Civil Procedure Rule 41, that the above-entitled matter, including the Complaint, the Counter Claims and the Third Party Complaint, be dismissed, in its entirety, with prejudice.

IT IS FURTHER STIPULATED that this Stipulation may be executed in counterparts and that a facsimile copy of any signature shall be binding and may be filed with the Court as an original signature.

**IT IS SO STIPULATED.**

DATED: 11/14/11

WALSH & WALSH, P.C.

By: /s/ Michael J. Walsh
Michael J. Walsh, Esq.
Attorneys for Use-Plaintiff, Counter-Defendants and Third Party Plaintiff,
THE UNITED STATES OF AMERICA, for the use and benefit of SUMMERS GROUP, INC. a Delaware corporation doing business as REXEL PACIFIC

| | | |
|---|---|---|
| 1 | DATED: 11-14-11 | THURBON & MCHANEY, LP |
| 2 | | |
| 3 | | By: _____ |
| 4 | | Robert E. Thurbon, Esq. |
| 5 | | Attorneys for Defendants and Counter-Claimants, MID VALLEY ELECTRIC & COMMUNICATIONS, INC., a corporation dba CLYDE G. STEAGALL, INC.; FIREMAN's FUND INSURANCE COMPANY |

DATED: 11-14-11

GIBBS, GIDEN, LOCHER, TURNER & SENET LLP

By: _____
Michael I. Wayne
Attorneys for Third-Party Defendant
SQUARE D COMPANY, a Delaware corporation

**THE FOREGOING IS SO ORDERED.**

Dated: _____, 2011    By: _____
Honorable Ronald M. Whyte

3
*STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE*